U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 JAN 27 P 3:35
DEPUTY CLERK

# INDICTMENT SYNOPSIS FOR DEFENDANT FAYSAL KALAYAF MANAHE

**January 26, 2022**

2:22-cr-13-JAW-1

| | | |
|---|---|---|
| **Name:** | Faysal Kalayaf Manahe | |
| **Address:**<br>**(City & State Only)** | Portland, ME | |
| **Year of Birth and Age:** | 1975 (46 years old) | |
| **Violations:** | Count 1: | Conspiracy in Restraint of Trade<br>15 U.S.C. § 1, Sherman Antitrust Act |
| **Penalties:** | Count 1: | Class D felony<br>18 USC Section 3559 |
| | Criminal Fine: | A maximum fine equal to the greatest of (1) $1 million, (2) twice the gross pecuniary gain to the conspirators resulting from the offense; or (3) twice the gross pecuniary loss caused to the victims of the crime by the conspirators ((15 U.S.C. § 1; 18 U.S.C. § 3571(b) and (d)). |
| **Supervised Release:** | Count 1: | A term of supervised release of not more than three (3) years |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | A maximum prison term of ten (10) years of imprisonment (15 U.S.C. § 1) |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Two (2) additional years in prison for revocation of supervised release pursuant to 18 U.S.C. § 3559(a)(3); 18 U.S.C. § 3583(b)(2) and (e)(3); and United States Sentencing Guidelines, §5D1.2(a)(2) |
| **Defendant's Attorney:** | Mark Peltier, Esq. | |
| **Primary Investigative Agency and Case Agent Name:** | FBI Boston Division/Portland, Maine RA<br>Special Agent Andrew Drewer | |
| **Detention Status:** | Not detained | |
| **Foreign National:** | No | |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | • Eyitayo St. Matthew-Daniel (Trial Attorney, Antitrust Division, USDOJ)<br>• Nolan Mayther (Trial Attorney, Antitrust Division, USDOJ)<br>• Sheila W. Sawyer (AUSA) |
| **Guidelines Apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A) |