UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 MAR 22 P 2: 51

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00013-JAW  DEPUTY CLERK |
| | ) | |
| FAYSAL KALAYAF MANAHE | ) | |
| YASER AALI | ) | |
| AMMAR ALKINANI, and | ) | |
| QUASIM SAESAH | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

### Count One: Conspiracy in Restraint of Trade in Violation of the Sherman Act 15 U.S.C. § 1

1. We, the Jury, find the Defendant, Faysal Kalayaf Manahe, *NOT GUILTY*
(*Not Guilty / Guilty Beyond a Reasonable Doubt*)
of the offense charged in Count One.

*(Please Proceed to Question 2)*

2. We, the Jury, find the Defendant, Yaser Aali, *NOT GUILTY*
(*Not Guilty / Guilty Beyond a Reasonable Doubt*)
of the offense charged in Count One.

*(Please Proceed to Question 3)*

3. We, the Jury, find the Defendant, Ammar Alkinani, *NOT GUILTY*
(*Not Guilty / Guilty Beyond a Reasonable Doubt*)
of the offense charged in Count One.

*(Please Proceed to Question 4)*

4. We, the Jury, find the Defendant, Quasim Saesah, *NOT GUILTY*
(*Not Guilty / Guilty Beyond a Reasonable Doubt*)
of the offense charged in Count One.

Page 1 of 2

*Please sign and date the form.*

Dated: 3/22/23

Signature Redacted – Original on file with the Clerk's Office

Jury Foreperson

2