# UNITED STATES DISTRICT COURT

District of Maine

## Witness List

| | | |
|---|---|---|
| Case Name: USA v. Manahe, et al<br>Case No.: 2:22-cr-13-JAW | | Proceeding Type:<br>Jury Trial |
| Presiding Judge: Judge Woodcock<br>Courtroom Deputy: Stacey Graf<br>Court Reporter: Tammy Martell | Government's Attorney:<br>Jena Tiernan, DOJ<br>Nolan Mayther, DOJ<br>Philip Andriole, DOJ | Defendant's Attorney:<br>Thomas Marjerison, Esq.<br>Jonathan Goodman, Esq.<br>Bruce Merrill, Esq.<br>Neale Duffett, Esq. |

| Gvt | Dft | Date | **WITNESS** |
|---|---|---|---|
| X | | 3/8/23 | Mustafa Kadhim |
| X | | 3/9/23 | Mustafa Kadhim |
| X | | 3/9/23 | Ryam Hadi |
| X | | 3/9/23 | Mones Al-Salman |
| X | | 3/9/23 | Emily Ma |
| X | | 3/9/23 | Sarem Al-Shawk |
| X | | 3/10/23 | Sarem Al-Shawk |
| X | | 3/10/23 | SA Adam Morin |
| X | | 3/10/23 | William Logan |
| X | | 3/10/23 | SA Andrew Drewer |
| X | | 3/20/23 | SA Andrew Drewer |
| | X | 3/20/23 | Brenda Holden |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |